John Werner, Appellee, v. A. E. Flosdorf, Appellant.

Gen. No. 41,940.

opinion filed February 8, 1943. Harry A. Biossat, for appellant; Gordon, Buckley & Edmonds, for appellee; Chapin Litten and George W. Gordon, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''